Anthony L. Martin (Pro Hac Vice)
anthony.martin@ogletree.com
Noel M. Hernandez CA Bar No. 310521
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Facsimile:   702.369.6888

Jenny J. Liao, CA Bar No. 337719
jenny.liao@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE WHITFIELD, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEVI STRAUSS & CO.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-01300-RFL<br>MODIFIED<br>**STIPULATION AND ORDER TO ALLOW PARTIES' ATTORNEYS OF RECORD TO PARTICIPATE IN MOTION FOR NOTICE TO FLSA COLLECTIVE PURSUANT TO 26 U.S.C. § 216(b) HEARING REMOTELY**<br><br>Date:          June 30, 2026<br>Time:         10:00 am<br>Place:         Courtroom 15 - 18th Floor<br><br>Complaint Filed:  6/2/2025<br>Trial Date:        None Set<br>Judge:            Hon. Rita F. Lin<br>                        Courtroom 15 – 18th Floor |

DEFENDANT'S REQUEST ALLOW DEFENDANT'S ATTORNEY OF RECORD TO PARTICIPATE IN
MOTION TO DISMISS HEARING REMOTELY

Pursuant to the Judge Rita F. Lin's Civil Standing Order, IT IS HEREBY STIPULATED by and between Plaintiff JERMAINE WHITFIELD ("Plaintiff") by and through their counsel of record, RAFII & ASSOCIATES, P.C., and Defendant LEVI STRAUSS & CO. ("Defendant")(collectively the "Parties") by and through their counsel of record, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. requests to allow their undersigned counsels to attend the June 30, 2026, Motion for Notice to FLSA Collective Pursuant to 26 U.S.C. § 216(b ("Motion") hearing before the Honorable Rita F. Lin, via Zoom remote videoconferencing.

Parties and their undersigned counsel are confident in their ability to fully and in good faith participate in the Motion hearing, participating by videoconference. Parties' undersigned counsels are located in Las Vegas, Nevada. Based on the foregoing, the Parties respectfully request that the Court approve this request to allow the Parties' undersigned counsel to attend the June 30, 2026, at 1:30 p.m. Motion Hearing via Zoom remote videoconferencing.

DATED this 9th day of June, 2026.
RAFII & ASSOCIATES, P.C.

/s/ Rachel Mariner
_____
Rachel Mariner
Nevada Bar No. 16728
Jason Kuller
Nevada Bar No. 12244
1120 North Town Center Dr.
Suite 130
Las Vegas, NV 89144

Attorneys for Plaintiff

DATED this 9th day of June, 2026.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Noel M. Hernandez
_____
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Attorneys for Defendant Levi Strauss & Co.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

June 11, 2026
_____
DATE