Robert Montes Jr., CA Bar No. 159137
Rafii & Associates, P.C.
9100 Wilshire Blvd., Suite 465E
Beverly Hills, California 90212
Telephone: 310.777.7877
Facsimile: 310.777.7855
Email: robert@rafiilaw.com

Rachel Mariner (*admitted Pro Hac Vice*)
Rafii & Associates, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: rachel@rafiilaw.com

*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAINE WHITFIELD, on behalf of himself and all others similarly situated,<br>Plaintiff,<br>v.<br>LEVI STRAUSS & CO.; and DOES 1 through 50, inclusive,<br>Defendant. | Case No.: 3:26-cv-01300-RFL<br>**JOINT STIPULATION TO MODIFY THE CASE SCHEDULING ORDER (ECF NO. 71); ~~[PROPOSED]~~ ORDER**<br>Complaint Filed: June 2, 2025<br>Trial Date: None Set<br>**Hon. Rita F. Lin** |

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**JOINT STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, and Federal Rule of Civil Procedure 16(b), Plaintiff Jermaine Whitfield ("Plaintiff") and Defendant Levi Strauss & Co. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 21, 2026, the Court entered a Case Scheduling Order (ECF No. 71) setting, among other dates, a fact discovery cut-off of September 28, 2026, a private mediation deadline of October 20, 2026, and a schedule for class certification and FLSA decertification briefing;

WHEREAS, on August 3, 2026, the Court entered an order granting Plaintiff's Motion for Notice to the FLSA Collective (ECF No. 101);

WHEREAS, the parties have conducted written discovery and have met and conferred regarding certain of Plaintiff's discovery requests, including through the joint discovery letters Plaintiff intends to file;

WHEREAS, certain of Defendant's document production, including pay and timekeeping records, and certain of Defendant's interrogatory responses, remain outstanding, and Plaintiff requires those materials in order to complete the depositions of Defendant's witnesses (and Defendant, likewise, must complete the depositions of Plaintiffs and have an opportunity to engage in discovery pertaining to opt-in collective members, if any) before the close of fact discovery;

WHEREAS, the parties agree that completing document discovery before depositions and before the private mediation will promote the efficient completion of discovery and a more productive mediation;

WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the schedule, in that the current deadlines cannot reasonably be met despite the parties' diligence, and the requested modification will not prejudice any party or require the continuance of any

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

trial date, as no trial date has been set;

WHEREAS, in accordance with Civil Local Rule 6-2(a)(2), the parties disclose all previous time modifications in this case, whether by stipulation or Court order, as follows:

(1) On October 8, 2025, the parties stipulated to extend Plaintiff's deadline to file his Motion for Notice to the FLSA Collective (ECF No. 18), which the United States District Court for the District of Nevada ("Nevada Court") granted (ECF No. 19);

(2) On October 15, 2025, Plaintiff moved for leave to file a First Amended Complaint, to transfer the case to the Northern District of California, and to extend time to move for conditional certification, and the Court granted the motion to extend time (ECF Nos. 22, 39);

(3) On January 15, 2026, the parties stipulated to extend the deadline to disclose initial expert witnesses (ECF No. 33), which the Nevada Court denied (ECF No. 34);

(4) On February 4, 2026, the parties submitted an amended stipulation to extend the initial expert witness disclosure deadlines (ECF No. 37), which the Nevada Court granted (ECF No. 38); and

(5) On May 22, 2026, the parties stipulated to extend the opposition and reply deadlines and to continue the hearing date on Plaintiff's Motion for Notice to the FLSA Collective from June 16, 2026 to June 30, 2026 (ECF No. 83);

WHEREAS, this Stipulation would modify the fact discovery cut-off, the private mediation deadline, and the class certification and decertification briefing schedule set by the Case Scheduling Order (ECF No. 71), and would have no other effect on the schedule for the case;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the parties' respective counsel of record, subject to the approval of the Court, that the Case Scheduling Order (ECF No. 71) shall be modified as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery Cut-off | September 28, 2026 | January 29, 2027 |
| Private Mediation Deadline | October 20, 2026 | February 12, 2027 |
| Motion for Class Certification and Expert Disclosures in Support of Class Certification | November 13, 2026 | February 19, 2027 |

| | | |
|---|---|---|
| Opposition to Class Certification; Motion for Decertification of FLSA Collective (if applicable); Expert Disclosures re Both | December 18, 2026 | March 26, 2027 |
| Reply in Support of Class Certification; Opposition to Motion for Decertification of FLSA Collective and Expert Disclosures re Same (if applicable) | January 29, 2027 | April 30, 2027 |
| Reply in Support of Motion for Decertification of FLSA Collective (if applicable), and Expert Disclosures re Same (if applicable) | February 26, 2027 | May 28, 2027 |
| Hearing on Motion for Class Certification and Motion for Decertification of FLSA Collective (if applicable) | March 23, 2027 at 10:00 a.m. | June 29, 2027 at 10:00 a.m. |

IT IS SO STIPULATED.

DATED: September 18, 2026

RAFII & ASSOCIATES, P.C.

By: /s/ Rachel Mariner

Robert Montes, Jr.

Rachel Mariner (*admitted Pro Hac Vice*)

Attorneys for Plaintiff JERMAINE WHITFIELD

DATED: September 18, 2026

SEYFARTH SHAW LLP

By: /s/ Peterson Walrod (*with permission*)

Ryan McCoy, [CA Bar No. 276026]

Petersen D. Walrod, [CA Bar No. 339521]

Michael Afar, [CA Bar No. 298990]

560 Mission Street, Suite 3100

San Francisco, CA 94105

Attorneys for Defendant LEVI STRAUSS & CO.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: September 18, 2026

By: /s/ Rachel Mariner

Rachel Mariner

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, and good cause appearing, the Case Scheduling Order (ECF No. 71) is modified as follows:

| **Event** | **New Deadline** |
|---|---|
| Fact Discovery Cut-off | January 29, 2027 |
| Private Mediation Deadline | February 12, 2027 |
| Motion for Class Certification and Expert Disclosures in Support of Class Certification | February 19, 2027 |
| Opposition to Class Certification; Motion for Decertification of FLSA Collective (if applicable); Expert Disclosures re Both | March 26, 2027 |
| Reply in Support of Class Certification; Opposition to Motion for Decertification of FLSA Collective and Expert Disclosures re Same (if applicable) | April 30, 2027 |
| Reply in Support of Motion for Decertification of FLSA Collective (if applicable), and Expert Disclosures re Same (if applicable) | May 28, 2027 |
| Hearing on Motion for Class Certification and Motion for Decertification of FLSA Collective (if applicable) | June 29, 2027 |

IT IS SO ORDERED.

DATED: September 21, 2026

The Hon. Rita F. Lin

United States District Judge

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS